# IN THE SUPREME COURT OF THE STATE OF NEVADA

ARCHON CORPORATION; PAUL W. LOWDEN; AND SUZANNE LOWDEN, Petitioners,

vs.

THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE MARK R. DENTON, DISTRICT JUDGE, Respondents,

and

DAN RAIDER, AN INDIVIDUAL ON HIS OWN BEHALF AND ON BEHALF OF OTHERS SIMILARLY SITUATED, Real Party in Interest.

No. 68995

FILED

MAR 1 8 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DENYING PETITION FOR WRIT OF MANDAMUS, PROHIBITION, OR CERTIORARI

This original petition for a writ of mandamus, prohibition, or certiorari challenges a district court order denying a motion to dismiss in a contract action. Having considered the petition, answer, reply and supporting documents, we conclude that our extraordinary intervention is not warranted at this stage of the proceedings, when the district court has yet to definitively rule upon the jurisdiction, limitations, repose, and tolling issues. *Smith v. Eighth Judicial Dist. Court*, 113 Nev. 1343, 1344-45, 950 P.2d 280, 281 (1997) (explaining that this court generally will intervene at the motion to dismiss stage only when no factual disputes exist and clear authority requires dismissal); *Smith v. Eighth Judicial*

16 -08647

*Dist. Court*, 107 Nev. 674, 677, 679, 818 P.2d 849, 851, 853 (1991); *Zamarripa v. First Judicial Dist. Court*, 103 Nev. 638, 640, 747 P.2d 1386, 1387 (1987). Accordingly, we

ORDER the petition DENIED.[1]

_____, J.
Hardesty

_____, J.
Saitta

_____, J.
Pickering

cc:    Hon. Mark R. Denton, District Judge
       Dickinson Wright PLLC
       Goren, Goren & Harris, P.C.
       Law Offices of Steven J. Parsons
       Eighth District Court Clerk

---

[1]We vacate our December 31, 2015, stay in this matter.